Granted.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
July 7, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FELIX LOPEZ, | ) | CASE NO. 1:19 CV 2829 |
| *Plaintiff,* | ) ) ) | JUDGE DAN A. POLSTER |
| v. | ) ) | **JOINT MOTION FOR APPROVAL OF** |
| GOE LANDSCAPING & EXCAVATING, LLC et al., | ) ) ) | **SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE** |
| *Defendants.* | | |

Plaintiff Felix Lopez and Defendants GOE Landscaping & Excavating, LLC and Robert Dillon (collectively referred to as the "Parties") respectfully move the Court to enter an Order in the form filed herewith approving the settlement reached by the Parties and dismissing this matter, with prejudice.

The Parties' settlement is memorialized in the Settlement Agreement that is being filed herewith as Exhibit A. The Settlement Agreement resolves all of the claims Plaintiff asserted or could have asserted against Defendants, including claims under the Fair Labor Standards Act ("FLSA").

The Parties respectfully submit that the Settlement Agreement satisfies the criteria for approval under § 216(b) of the FLSA. The Settlement Agreement was achieved following arms-length negotiation between the Parties and a dispute as to the material facts of this litigation. If approved by the Court, the Settlement Agreement will fully and finally resolve all issues between Plaintiff and Defendants.

Provided the Court approves the Settlement Agreement, the Parties further request that the Court enter an Order dismissing this matter, with prejudice, each party to bear its own costs and fees.